1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL J. RODRIGUEZ,                    No.  2:14-cv-2286 CKD P

12                  Petitioner,

13          v.                                 ORDER

14    STATE OF CALIFORNIA,

15                  Respondent.

16

17          By order filed October 16, 2014, petitioner's habeas application was dismissed and thirty

18    days' leave to file an amended application was granted.  The thirty day period has now expired,

19    and petitioner has not filed an amended petition.  Petitioner has consented to this court's

20    jurisdiction pursuant to 28 U.S.C. § 636(c0 and Local Rule 302.

21          Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

22    See Local Rule 110; Fed. R. Civ. P. 41(b).

23    Dated:  December 4, 2014

24                                             _____

25                                             CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28    2 / rodr2286.fta.hab